UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARQUIS WILSON, | - |
| | -   Case No. 1:11-cv-00837-GBL -JFA |
| Plaintiff, | - |
| v. | - |
| H&P CAPITAL, INC., | - |
| Defendant. | - |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, MARQUIS WILSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

Dated: October 26, 2011        By:__/s/ Richard W. Ferris____
                               Richard W. Ferris (VSB# 31812)
                               Ferris Winder, PLLC
                               530 East Main Street, Suite 710
                               Richmond VA 23219
                               Tel: 804-767-1800
                               E-mail: rwferris@ferriswinder.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Opposing Counsel, by way of the CM/ECF System.

By:__/s/ Richard W. Ferris____
Richard W. Ferris
Attorney for Plaintiff