UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARQUIS WILSON, | |
| | Case No. 1:11-cv-00837-GBL -JFA |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| H&P CAPITAL, INC., | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL

MARQUIS WILSON (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, H&P CAPITAL, INC.. (Defendant), in this case.

RESPECTFULLY SUBMITTED,

Dated: December 18, 2012

By: /s/ Richard W. Ferris
Richard W. Ferris (VSB# 31812)
Ferris Winder, PLLC
530 East Main Street, Suite 710
Richmond VA 23219
Tel: 804-767-1800
E-mail: rwferris@ferriswinder.com

**MOTION GRANTED.**

Entered this 19th day of Dcumb 2012

/s/
Gerald Bruce Lee
United States District Judge

Gerald Bruce Lee
United States District Judge

1